```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/8/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**MANUEL,** *derivatively on behalf of AMC Entertainment Holdings, Inc*,

                **Plaintiff,**

                -against-

**ARON ET AL.,**

                **Defendants.**

**20-cv-02456 (ALC)**

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within **thirty days.**

**SO ORDERED.**

Dated:    June 8, 2023
           New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**